IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

PROMINENT TECHNOLOGIES, LLC,

    Plaintiff

v.

FARUK FATEHALI

&

MATRIX IGAMING LLC

&

VENTURE VEGA LLC

    Defendants.

CIVIL ACTION NO.   3:23CV-248-GNS

COMPLAINT

## COMPLAINT

Comes now, Plaintiff, Prominent Technologies, LLC, by and through counsel, and for its action against the Defendants, Faruk Fatehali, individually, and Matrix IGaming LLC and Venture Vega LLC, states as follows:

### NATURE OF ACTION

1. This is an action for breach of contract, money had and received, fraud, negligent misrepresentation, determinantal reliance, and promissory estoppel. The Plaintiff's is seeking damages in excess of $132,250.00.

### PARTIES, JURISDICTION AND VENUE

2. At all times relevant hereto, the Plaintiff, Prominent Technologies, LLC was and is a foreign corporation registered to do business in the Commonwealth of Kentucky, subject to the

jurisdiction of this Court, and whose principal place of business in Kentucky is located at 212 North 2nd Street, Suite 100, Richmond, Kentucky 40475.

3. Defendant Faruk Fatehali is an individual who resides at 233 Ridgewood Drive, Northbrook, Illinois 60062 who attended several events outside of Illinois where he intentionally solicited business from out of state companies including Prominent Technologies, LLC.

4. Matrix IGaming LLC, is a foreign corporation located at 540 Frontage Road, Suite 2025, Northfield Illinois 60093; Faruk Fatehali is a member/owner of the business who attended several events outside of Illinois where he intentionally solicited business from out of state companies including Prominent Technologies, LLC.

5. Venture Vega LLC, is a foreign corporation located at 4201 Meding Street, Savannah, Georgia 31405; Faruk Fatehali is a member/owner of the business who attended several events outside of Illinois where he intentionally solicited business from out of state companies including Prominent Technologies, LLC.

## FACTS

6. In May 2021, Faruk Fatehali ("Faruk"), on behalf of himself and his businesses, Matrix IGaming LLC and Venture Vega LLC, approached Prominent Technologies, LLC ("Prominent") at a gaming exposition in Atlanta, Georgia.

7. Faruk represented to Prominent that he and his businesses were legal, registered and in good standing, profitable, were in the cabinet manufacturer market. and could assemble and provide Prominent with physical gaming terminals.

8. Around June 2022, Faruk offered, and Prominent agreed to pay Faruk $132,250.00 in exchange for him providing Prominent with one-hundred-fifty gaming terminals.

9. Shortly after agreeing to create the game terminals, Faruk picked up a gaming terminal from Prominent in Kentucky to use as an example to replicate an acceptable gaming terminal.

10. In August 2022, Prominent received the first gaming terminal manufactured by Faruk, and it did not meet the industry of Prominent's standards, nor did it resemble the machine Faruk picked up from Prominent to replicate.

11. It became clear that Faruk had intentionally misrepresented his business and its capabilities and that he was unable to produce the acceptable gaming terminals.

12. To date, Faruk has provided Prominent with zero of the one-hundred-fifty gaming terminals he agreed to and has not refunded Prominent the $132,250.00 Prominent paid.

## CLAIMS FOR RELIEF

### COUNT 1 - BREACH OF CONTRACT

13. Plaintiffs affirm and reiterate each and every allegation in the preceding paragraphs as if fully restated herein.

14. The agreement between Prominent and Faruk and his businesses was a valid and enforceable contract.

15. Faruk failed to comply with the terms of the contract.

16. Prominent suffered damages as a result of Faruk's failure to comply with the terms of the valid contract.

### COUNT 2 - FRAUD

17. Plaintiffs affirm and reiterate each and every allegation in the preceding paragraphs as if fully restated herein.

18. Faruk made numerous material and false representations to Prominent regarding his businesses and his/their ability to perform the contract.

19. Faruk's misrepresentations were willful, wanton, and reckless.

20. Faruk's representations were made to induce Prominent to act upon them and enter into the contract.

21. Prominent detrimentally relied upon said representations, altered their position, and acted upon the false representation to their injury.

## COUNT 3 – NEGLIGENT MISREPRESENTATION

22. Plaintiffs affirm and reiterate each and every allegation in the preceding paragraphs as if fully restated herein.

23. Faruk supplied false information to Prominent.

24. The false information Faruk supplied to guide Prominent in their transactions.

25. Prominent justifiably relief upon the false information.

26. Faruk failed to exercise reasonable care or competence in communicating the information to Prominent.

## **PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff prays for the following relief:

A. Judgment against the Defendants for $132,250.00 in damages.

B. Pre-judgment and post-judgment interest against the Defendants.

C. Attorneys' fees.

D. Any and all other relief to which the Plaintiff appears entitled.

Respectfully submitted,

*[signature]*

Robert J. Nemes
Jason M. Nemes
Commonwealth Counsel Group, PLLC
10345 Linn Station Road, Suite 100
Louisville, KY 40223
robert@ccgattorneys.com
jason@ccgattorneys.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed via the Kentucky eCourts system and sent via regular mail to the following on ~~February~~ May 10, 2023.

Faruk Fatehali
233 Ridgewood Drive
Northbrook, Illinois 60062
847-815-7062
faruk.fatehali@yahoo.com
farukf@yahoo.com
afsheen_faruk@yahoo.com

Matrix iGaming LLC
540 Frontage Road, Suite 2025
Northfield, Illinois 60093

Venture Vega LLC
4201 Meding Street
Savannah, Georgia 31405

*[signature]*

Robert J. Nemes